

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CR no. 09-437

UNITED STATES OF AMERICA,
    Plaintiff,
    v.
George Arturo Chavez
    Defendant.

ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release)

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or
(B) (✓) the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he is not a danger to the community, in light of violations alleged by Probation Office

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he is not a flight risk, in light of violations alleged by Probation office.

IT IS ORDERED that defendant be detained. Defendant is ordered to appear before Hon. Rozella Oliver on 10/26/2017, at 9:30am.

DATED: 10/25/2017

*Patrick J. Walsh*

~~JOHN E. MCDERMOTT~~
UNITED STATES MAGISTRATE JUDGE

2